## **EXHIBIT A**

| **TRANSFEROR** | **DATE** | **AMOUNT** |
|---|---|---|
| Akorn Operating Company, LLC | 12/21/2022 | $19,701.00 |
| Akorn Operating Company, LLC | 12/30/2022 | $16,827.65 |
| Akorn Operating Company, LLC | 2/14/2023 | $14,287.50 |

TOTAL TRANSFERS - $50,816.25